NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED   **Bk 18609  PG 68**
**Instr # 2021018111**
03/30/2021  12:38:40 PM
Pages 1       YORK CO

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR REGENCY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 02/27/2009, made by **ELIZABETH BRACKETT** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR REGENCY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS** and recorded on 03/10/2009 in **Book 15579 and Page 0324**, in the office of the Recorder of **YORK** County, **Maine**.

**IN WITNESS WHEREOF,** this Assignment was executed **this 30th day of March in the year 2021**.
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR REGENCY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**

*Tracy Rogers*
**TRACY ROGERS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 30th day of March in the year 2021, by Tracy Rogers as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR REGENCY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Aaron Burdick*
**AARON BURDICK**
**COMM EXPIRES: 11/22/2024**

AARON BURDICK
Notary Public - State of Florida
Commission # HH 066179
My Comm. Expires Nov 22, 2024
Bonded through National Notary Assn.

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: PHH Mortgage, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
PHH02 422617265  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN                                                                 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T302103-12:23:39 [C-1] EFRMME1

**EXHIBIT E**