NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED   **Bk 19370  PG 406**
Instr # 2024000105
01/02/2024  02:16:02 PM
Pages 1        YORK CO

**Recording Requested By:**
Residential RealEstate Review

**When Recorded Mail To:**
Collateral Document Services
Residential RealEstate Review
3217 S. Decker Lake Drive
Salt Lake City, UT, 84119
(800) 258-8602

TS Ref #
Client Ref #:

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/YORK

Assignment Prepared on: December 4, 2023

**Assignor: PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION**, at 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407

**Assignee: SELECT PORTFOLIO SERVICING, INC.**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/27/2009, in the amount of $139,000.00, executed by ELIZABETH BRACKETT, A SINGLE WOMAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR REGENCY MORTGAGE CORPORATION., ITS SUCCESSORS AND ASSIGNS and Recorded: 3/10/2009, Instrument #: 2009009981, Book: 15579, Page: 0324 in YORK County, State of MAINE.

Property Address: 109 TURKEY LANE, BUXTON, ME, 04093

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION

On: 12/07/2023

By: *M. Thompson*

Name: MELISIA THOMPSON

Title: SERVICING OPERATIONS SPECIALIST

STATE OF FLORIDA
COUNTY OF PALM BEACH

On 12/07/2023, before me, **Kelley Earle**, a Notary Public in and for PALM BEACH in the State of FLORIDA, personally appeared MELISIA THOMPSON, SERVICING OPERATIONS SPECIALIST, PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Kelley Earle*
**Kelley Earle**
Notary Expires: 12/18/2023    /#: GG937927

Notary Public State of Florida
Kelley Earle
My Commission GG 937927
Expires 12/18/2023

**EXHIBIT F**