NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED    **Bk 19401  PG 428**
**Instr # 2024007169**
03/13/2024  08:16:51 AM
Pages 1        YORK CO

Recording Requested By:  Residential RealEstate Review

When Recorded Return To:

Residential RealEstate Review, Collateral Document Services, 3217 S. Decker Lake Drive, Salt Lake City, UT  84119

---

## CORPORATE ASSIGNMENT OF MORTGAGE

**York, Maine**
**Residential RealEstate Review#:**

Date of Assignment: ___**MAR 0 1 2024**___
Assignor: SELECT PORTFOLIO SERVICING, INC.
at 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT  84119 Assignee: FEDERAL HOME LOAN MORTGAGE
CORPORATION at C/O SELECT PORTFOLIO SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE
CITY, UT  84119

Executed By: ELIZABETH BRACKETT, A SINGLE WOMAN  To: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS"), AS NOMINEE FOR REGENCY MORTGAGE CORPORATION ITS SUCCESSORS AND
ASSIGNS
Dated: 02-27-2009 Recorded: 03-10-2009 as Instrument No. 2009009981, Book/Reel/Liber 15579, Page/Folio 0324
In the County of York, State of Maine.

Property Address: 109 TURKEY LANE, BUXTON, ME  04093

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage
having an original principal sum of $139,000.00 with interest, secured thereby, and the full benefit of all the powers
and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the
said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the
terms contained in said Mortgage.

SELECT PORTFOLIO SERVICING, INC.

On ___**MAR 0 1 2024**___

By: ~~Sandi Widdowson~~
~~Document Control~~ **Officer**

STATE OF Utah
COUNTY OF Salt Lake



On, ___**MAR 0 1 2024**___, before me. ___**Jennifer C. Brown**___, a Notary Public in and for SALT LAKE
in the State of UTAH, personally appeared ___**Sandi Widdowson**___,
**Document Control Officer** ___, of SELECT PORTFOLIO SERVICING, INC.
, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

~~Jennifer C. Brown~~



**EXHIBIT**

**G**