NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED  Bk 19575  PG 26
Instr # 2024042880
12/18/2024  08:21:37 AM
Pages 2      YORK CO

## Quitclaim Assignment

WHEREAS, **Regency Mortgage Corporation**, is identified as the "Lender" on a certain mortgage executed by Elizabeth Brackett, and bearing the date of February 27, 2009, securing the property located at 109 Turkey Lane, Buxton, in the County of York and State of Maine and recorded in the York County Registry of Deeds in Book 15579, Page 324 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to **Federal Home Loan Mortgage Corporation** ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee

Regency Mortgage Corporation

Name: Diane L. Derenge
Title: BANKING OFFICER
* by Flagstar Bank, NA, its Attorney in fact

STATE of __MICHIGAN__

COUNTY of __OAKLAND__, ss.

Personally appeared before me this 10th day of December 2024 the above-named Ya___Diane L. Derenge___, solely in his capacity as __BANKING OFFICER__ of Regency Mortgage* Corporation and acknowledged the foregoing to be their free act and deed in said capacity and the free act and deed of Regency Mortgage Corporation.

Notary Public
Commission Expires:  OCTOBER 1, 2028

* by Flagstar Bank NA
its Attorney in fact

KA SINWONGSA
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Oct 1, 2028
ACTING IN COUNTY OF OAKLAND


EXHIBIT H

## SPECIAL LIMITED IRREVOCABLE POWER OF ATTORNEY

Seller hereby irrevocably appoints Flagstar Bank, FSB ("Flagstar"), its successors and assigns, its attorney-in-fact, with full power of substitution in the name of Seller or otherwise, whether in relation to real, personal, tangible, or intangible property, to do any or all of the following on any Mortgage Loans sold or brokered to Flagstar: (a) to demand, sue for, receive, collect, sign, endorse, assign or compromise any and all promissory notes, checks, money orders or monies due (except a Mortgage Loan which has been repurchased by Seller pursuant to the Remedy Obligation Section in the Seller's Guide), and to receive, sign, endorse, or assign any orders, certificates, insurance policies and all benefits under any other instruments or documents as from time to time may be necessary or appropriate to accomplish the sales and transfers provided for by this Loan Purchase Agreement; (b) to enforce, cancel, release or discharge the Mortgage Loans; and (c) to exercise or perform any act, power or duty that Seller has or would have in connection with the Mortgage Loans purchased by or brokered to Flagstar or which are reasonable in order to protect Flagstar's interest in the Mortgaged Property. Seller agrees that the foregoing powers are irrevocable and coupled with an interest. Seller will, at Flagstar's request, execute appropriate separate instruments evidencing the foregoing powers.

**SELLER**
Company: Regency Mortgage Corp

By (authorized officer of Seller): [signature]

Name (please print): Quentin W. Keefe

Title: President

Date: 1/7/13

STATE OF New Hampshire )

COUNTY OF Hillsborough )

BEFORE ME, a Notary Public, on this day personally appeared Quentin W. Keefe, known to me to be the person whose name is subscribed to the foregoing instrument, and known to me to be the Principal Officer of Title Regency Mortgage, and acknowledged to me that said instrument was signed on behalf of said Corporation by Company Name authority of its Board of Directors (or other similar governing body in the case of an LLC, LLP, partnership or other entity), and acknowledged the execution of said instrument to be the voluntary act and deed of said Corporation (or other entity) by him/her voluntarily executed.

Given under my hand and seal of office this 7th day of January, 2013

[signature] Diane Morrissette
Notary Public

Rev. 11/1/12

**Flagstar Bank**